**DAVID H. ANGELI,** OSB No. 020244
david@angelilaw.com
**EDWARD A. PIPER**, OSB. No. 141609
ed@angelilaw.com
**COLIN H. HUNTER,** OSB No. 131161
colin@angelilaw.com
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

Attorneys for Plaintiff Columbia Sportswear

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COLUMBIA SPORTSWEAR COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>3MD INC. dba DENALI ADVANCED INTEGRATION, a Washington corporation,<br><br>Defendant. | CASE NO.: 3:17-cv-00342-AC<br><br>**STIPULATION OF DISMISSAL** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Columbia Sportswear Company ("Columbia") and Defendant 3MD Inc. dba Denali Advanced Integration

///

///

///

///

PAGE 1 – STIPULATION OF DISMISSAL

("Denali") hereby stipulate to the dismissal with prejudice of each of Columbia's claims against Denali in this action, without costs or fees to either party.

Dated this 5th day of March, 2018.

| ANGELI LAW GROUP LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| *s/Edward A. Piper* | *s/Randy J. Aliment* |
| DAVID H. ANGELI, OSB No. 020244 | GEORGE S. PITCHER, OSB No. 963982 |
| EDWARD A. PIPER, OSB No. 141609 | EMMA P. PELKEY, OSB No. 144029 |
| COLIN H. HUNTER, OSB No. 131161 | RANDY J. ALIMENT, WSB No. 11440 |
|  | (*Admitted pro hac vice*) |
| Ph: (503) 954-2232 | Ph: (971) 712-2800 |
| Attorneys for Plaintiff Columbia Sportswear Company | Attorneys for Defendant 3MD Inc. dba Denali Advanced Integration |